# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE REYNA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KINGS COUNTY JAIL MEDICAL, *et al.*,<br><br>　　　　Defendants. | Case No. 1:19-cv-01202-BAM (PC)<br><br>ORDER LIFTING STAY OF PROCEEDINGS<br><br>ORDER VACATING MARCH 4, 2020 SETTLEMENT CONFERENCE<br><br>(ECF No. 16) |

Plaintiff Pete Reyna ("Plaintiff") is a former pretrial detainee, currently a state prisoner, proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendant Siddiqi[1] for violation of the Fourteenth Amendment arising out of the delay in Plaintiff's medical care.

On January 16, 2020, the Court identified this case as an appropriate case for the post-screening ADR (Alternative Dispute Resolution) project, and stayed the action to allow the parties an opportunity to settle their dispute before the discovery process begins. (ECF No. 16.) The Court's order granted Defendant time to investigate and determine whether to opt out of the post-screening ADR project.

///

---
[1] Erroneously sued as "Sadiki."

1

On February 6, 2020, Defendant filed a notice of opt out of early settlement conference. (ECF No. 17.) After review, the Court finds good cause to grant Defendant's request. Therefore, the stay is lifted, and the March 4, 2020, settlement conference is vacated. This case is now ready to proceed.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action, (ECF No. 16), is LIFTED;
2. The March 4, 2020 settlement conference is vacated; and
3. The parties may proceed with discovery pursuant to the discovery and scheduling order to be issued by separate order.

IT IS SO ORDERED.

Dated: **February 7, 2020**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE