# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE REYNA, | Case No. 1:19-cv-01202-BAM (PC) |
| Plaintiff, | ORDER DENYING MOTION TO DISMISS AS MOOT |
| v. | (ECF No. 23) |
| KINGS COUNTY JAIL MEDICAL, *et al.*, | |
| Defendants. | |

Plaintiff Pete Reyna ("Plaintiff") is a former pretrial detainee, currently a state prisoner, proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendant Siddiqi[1] for violation of the Fourteenth Amendment arising out of the delay in Plaintiff's medical care.

Currently before the Court is a motion to dismiss filed by counsel for NaphCare, Inc. on April 17, 2020. (ECF No. 23.) NaphCare states that the first amended complaint was filed in this action on October 18, 2019, and to date, NaphCare has not been served. Therefore, NaphCare moves to dismiss the action as to NaphCare, pursuant to Federal Rule of Civil Procedure 4(m), which requires service of a defendant within 90 days after the complaint is filed. (Id.)

///

---

[1] Erroneously sued as Defendant "Sadiki."

1

While the Court appreciates the diligence of counsel for NaphCare, NaphCare is informed that it has not been served because it is not a party to this action.  As explained in the Court's October 24, 2019 order finding service of the first amended complaint appropriate, the Court found that "Plaintiff has stated a cognizable claim for violation of the Fourteenth Amendment against Defendant Doctor Sadiki in his individual capacity arising out of the delay in Plaintiff's medical care."  (ECF No. 8, p. 1.)  The Court then ordered that "Service shall be initiated on the following defendant: Doctor Sadiki; Kings County Jail, NaphCare Medical."  (<u>Id.</u> at 2.)  It appears that counsel for NaphCare misinterpreted this portion of the Court's order as indicating that three defendants—Doctor Siddiqi, Kings County Jail, and NaphCare—were to be served.  However, the Court's use of a semicolon following Defendant Siddiqi's name, with "Kings County Jail, NaphCare Medical" following, were meant only to provide additional information to assist with locating and serving Defendant Siddiqi.  Finally, the Court notes that were NaphCare a party to this action, their information would be included on the docket as a defendant.

Accordingly, NaphCare's motion to dismiss this action as to NaphCare, pursuant to Rule 4(m), (ECF No. 23), is HEREBY DENIED as moot.  NaphCare is not a party to this action, and should refrain from filing further motions in this suit.

IT IS SO ORDERED.

Dated:  **April 21, 2020**            /s/ *Barbara A. McAuliffe*    _
                                               UNITED STATES MAGISTRATE JUDGE

2