# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE REYNA,<br><br>    Plaintiff,<br><br> v.<br><br>KINGS COUNTY JAIL MEDICAL, *et al.*,<br><br>    Defendants. | Case No. 1:19-cv-01202-BAM (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>(ECF No. 26)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

  Plaintiff Pete Reyna ("Plaintiff") is a former pretrial detainee, currently a state prisoner, proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's first amended complaint against Defendant Siddiqi[1] for violation of the Fourteenth Amendment arising out of the delay in Plaintiff's medical care.

  On April 17, 2020, Defendant filed a motion for summary judgment. (ECF No. 22.) After reviewing the motion, on April 21, 2020, the Court denied the motion without prejudice to re-filing in compliance with <u>Rand v. Rowland</u> and the Court's Local Rules. (ECF No. 25.)

  Defendant re-filed the motion for summary judgment on April 22, 2020, and filed a proof of service the next day. (ECF Nos. 26, 27.) In the re-filed motion, Plaintiff was provided with notice of the requirements for opposing a motion for summary judgment. <u>Woods v. Carey</u>, 684

---

[1] Erroneously sued as "Sadiki."

1

F.3d 934 (9th Cir. 2012); Rand v. Rowland, 154 F.3d 952, 957 (9th Cir. 1988); Klingele v. Eikenberry, 849 F.2d 409, 411–12 (9th Cir. 1988).  (ECF No. 26-1.)  Pursuant to Local Rule 230(l) and Federal Rule of Civil Procedure 6(d), Plaintiff's opposition or statement of no opposition was therefore due on or before May 18, 2020.  The deadline for Plaintiff to respond to Defendant's motion for summary judgment has expired, and he has not otherwise been in contact with the Court.  Plaintiff will be permitted one final opportunity to show cause why this action should not be dismissed with prejudice.

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause by WRITTEN RESPONSE within **twenty-one (21) days** of service of this order why this action should not be dismissed, with prejudice, for failure to prosecute.  Plaintiff may comply with the Court's order by filing an opposition or statement of non-opposition to Defendant's April 22, 2020, motion for summary judgment.  **Plaintiff is warned that if he fails to comply with the Court's order, this matter will be dismissed with prejudice for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **June 1, 2020**                    /s/ *Barbara A. McAuliffe*       _
                                                           UNITED STATES MAGISTRATE JUDGE