1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                              EASTERN DISTRICT OF CALIFORNIA

10

11    PETE REYNA,                                No.  1:19-cv-01202-NONE-BAM (PC)

12              Plaintiff,                        ORDER ADOPTING FINDINGS AND
                                                  RECOMMENDATIONS RECOMMENDING
13         v.                                     THE DENIAL OF DEFENDANT'S MOTION
                                                  TO DISMISS FOR FAILURE TO
14    KINGS COUNTY JAIL MEDICAL, *et al.*,        PROSECUTE

15              Defendants.                       (Doc. No. 38)

16

17         Plaintiff Pete Reyna is a former pretrial detainee proceeding *pro se* and *in forma pauperis*

18   in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on plaintiff's first

19   amended complaint against defendant Siddiqi[1] for alleged violation of plaintiff's  rights under the

20   Fourteenth Amendment due to the delay in providing plaintiff medical care.  This matter was

21   referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule

22   302.

23         On November 2, 2020, the assigned magistrate judge issued findings and

24   recommendations recommending that defendant's motion to dismiss due to plaintiff's failure to

25   prosecute this action be denied.  (Doc. No. 38.)  Those findings and recommendations were

26   served on the parties and contained notice that any objections thereto were to be filed within

27

28   _____
     [1]  The named defendant was erroneously sued as defendant "Sadiki."

                                                1

fourteen (14) days after service.  (*Id.* at 3–4.)  No objections have been filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1.  The findings and recommendations issued on November 2, 2020, (Doc. No. 38), are adopted in full;

2.  Defendant's motion to dismiss due to plaintiff's failure to prosecute this action (Doc. No. 37), is denied; and

3.  This action is referred back to the assigned Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   __**December 7, 2020**__                  _____
                                                      UNITED STATES DISTRICT JUDGE